AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| HOWARD MICHAEL CAPLAN<br><br>*Plaintiff(s)*<br>v.<br>MAJOR MOTORCAR, INC., a Florida Profit Corporation and CARLMARI, LLC, a Florida Limited Liability Company<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | 22-cv-60771-BLOOM/VALLE |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
CARLMARI, LLC
REGISTERED AGENT:
MALDONADO, MARILYN
1700 SOUTH OCEAN BLVD
APT. 9C
POMPANO BEACH, FL 33062

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
RONALD E. STERN, ESQ.
THE ADVOCACY LAW FIRM, P.A.
1250 E. HALLANDALE BEACH BLVD., SUITE 503
HALLANDALE BEACH, FLORIDA 33009
ATTORNEY FOR PLAINTIFF, HOWARD MICHAEL CAPLAN

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Apr 22, 2022

Angela E. Noble
Clerk of Court

*s/ B. Bernard*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| HOWARD MICHAEL CAPLAN | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | | 22-cv-60771-BLOOM/VALLE |
| MAJOR MOTORCAR, INC., a Florida Profit Corporation and CARLMARI, LLC, a Florida Limited Liability Company | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
MAJOR MOTORCAR, INC.

REGISTERED AGENT:
OSTUNI, MICHAEL
1216 S. DIXIE HWY E.
POMPANO BEACH, FL 33060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RONALD E. STERN, ESQ.
THE ADVOCACY LAW FIRM, P.A.
1250 E. HALLANDALE BEACH BLVD., SUITE 503
HALLANDALE BEACH, FLORIDA 33009
ATTORNEY FOR PLAINTIFF, HOWARD MICHAEL CAPLAN

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Apr 22, 2022



Angela E. Noble
Clerk of Court

s/ B. Bernard
Deputy Clerk
U.S. District Courts